# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                         4:20-CR-00098-04-JM

SHADRIAN MURRAY

## ORDER

Defendant's Motion to Appoint Counsel (Doc. No. 470) to consider a two-point reduction is DENIED.

Retroactive Guidelines Amendment 821, regarding zero points, does not apply to Defendant's case because she had one criminal history points, not zero.

Additionally, Defendant's plea agreement provides that he "waives the right to have these sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, she is not entitled to relief.[2]

IT IS SO ORDERED this 19th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 223.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).

1